NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-677

JAMIE EDELKIND

VERSUS

SUZANNE BOUDREAUX

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20001572
HONORABLE DAVID BLANCHET, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

AFFIRMED.

Elizabeth Ann Dugal
208 West Main Street
P. O. Box 2885
Lafayette, LA 70502
(337) 237-2535
Counsel for: Defendant/Appellee
Sage Edelkind

**Daniel M. Landry, III**
**Attorney at Law**
**P. O. Box 3784**
**Lafayette, LA 70502**
**(337) 237-7135**
**Counsel for: Plaintiff/Appellant**
**Jamie Edelkind**


**Diane Sorola**
**Attorney at Law**
**402 W. Convent St.**
**Lafayette, LA 70501**
**(337) 234-2355**
**Counsel for: Defendant/Appellee**
**Suzanne Boudreaux**

**Dona Kay Renegar**
**Jeansonne & Remondet**
**P. O. Box 91530**
**Lafayette, LA 70509-1530**
**(318) 237-4370**
**Counsel for: Defendant/Appellee**
**Honorable Phyllis M. Keaty**